**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TRINITY TECHNICAL GROUP, INC.** | § | **Cause No. _____** |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Patent Infringement Case** |
| | § | |
| **SIEMENS INDUSTRY, INC.** | § | **Jury Trial Requested** |
| | § | |
| *Defendant* | § | |

_____

**CERTIFICATE OF INTERESTED PERSONS**
_____

The undersigned counsel of record certifies that the following listed persons have an

interest in the outcome of this case. These representations are made in order that the judges

of this Court may evaluate possible disqualification or recusal.

1.    Plaintiff          Trinity Technical Group, Inc.
2118 Royal Dominion Court
Arlington, Texas 76006-4836

Ben Bruce
2118 Royal Dominion Court
Arlington, Texas 76006-4836

Carlos Macia
46955 Queens Cove Cir
La Crescent, Minnesota 55947

Shahrom Kiani
911 Tahoe Dr
Onalaska, Wisconsin 54650

_____

2.      Defendant            Siemens Industry, Inc.
                            170 Wood Avenue South
                            Iselin, New Jersey 08830-2741



                            Respectfully submitted,

                            **SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.**


                            /s/ *Sydney B. Hewlett*
                            Sydney B. Hewlett
                            State Bar No. 00798257
                            Christopher G. Lyster
                            State Bar No. 12746250
                            Patrick S. Richter
                            State Bar No. 00791524
                            777 Main Street, Suite 3800
                            Fort Worth, Texas 76102
                            Telephone:    (817) 336-9333
                            Facsimile:    (817) 336-3735
                            shewlett@shannongracey.com
                            clyster@shannongracey.com
                            prichter@shannongracey.com

                            **ATTORNEYS FOR PLAINTIFF**