IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TRINITY TECHNICAL GROUP, INC.** | Civil Action No. 3:12-CV-04602-N |
| *Plaintiff and Counterclaim Defendant* | |
| v. | |
| **SIEMENS INDUSTRY, INC.** | |
| *Defendant and Counterclaimant* | |

## ORDER TAKING NOTICE OF SETTLEMENT

Pending before the Court is the parties Joint Notice of Settlement and Request for Administrative Closing. Having carefully considered the motion of the parties and noting that all issues between the parties, with the exception of payment, have been resolved finds the motion should be GRANTED.

THEREFORE, IT IS ORDERED that this matter is stayed until June 13, 2013. Counsel shall report back to this Court before that deadline as to whether or not this matter may be dismissed.

SIGNED February 18, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE