IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRINITY TECHNICAL GROUP, INC.<br><br>*Plaintiff and Counterclaim Defendant*<br><br>v.<br><br>SIEMENS INDUSTRY, INC.<br><br>*Defendant and Counterclaimant* | Civil Action No. 3:12-CV-04602-N |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that all claims and counterclaims by and between the parties, be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees, costs and other expenses.

[*Signatures on following page*]

DATED: May 13, 2014

By: _____
Sydney B. Hewett
Melinda R. Burke
**SHANNON, GRACEY, RATLIFF & MILLER, LLP**
420 Commerce Street, Suite 500
Fort Worth, TX 76102
Tel: 817.336.9333

Richard Schwartz
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Tel: 817-878-0500

*ATTORNEYS FOR PLAINTIFF,*
*TRINITY TECHNICAL GROUP, INC.*

By: _____
Nagendra Setty (Admitted *Pro Hac Vice*)
Anthony Kuhlmann (Admitted *Pro Hac Vice*)
**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700

Keith C. McDole
Robert Turner
**McDOLE & WILLIAMS**
1700 Pacific Avenue, Suite 1280
Dallas, TX 75201
Tel: 214.979.1122

*ATTORNEYS FOR DEFENDANT,*
*SIEMENS INDUSTRY, INC.*

**SO ORDERED.**

_____
HONORABLE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE